IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CHRISTOPHER YOUNGER**  **PLAINTIFF**
*Reg. # 21063-043*

v.  CASE NO. 2:23-CV-00188-BSM

**FEDERAL CORRECTIONAL**
**INSTITUTE FORREST CITY,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 20th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE